THE PEOPLE OF THE STATE OF NEW YORK ex rel. COLUMN HOLDING CORPORATION, Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Appellants. [229–235 E. 79th St., Borough of Manhattan.] — After taking into consideration all relevant factors, we think that the order should be modified by fixing the assessed valuation as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1935 | $140,000 | $560,000 | $700,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

LOUIS FARER, Appellant, v. PUBLIC SERVICE MUTUAL CASUALTY Co., Respondent.— Order appealed from modified by granting the motion to strike out the "Third", "Fourth", "Fifth" and "Sixth" affirmative defenses, with leave to the defendant to plead over the matter contained in the "Third", "Fourth" and "Fifth" affirmative defenses as partial defenses; and as so modified affirmed, with $20 costs and disbursements to the appellant. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.; Wasservogel, J., dissents and votes to affirm. No opinion. Settle order on notice.

WALTER ELSFELDER, Respondent, v. EDOUARD L. COURNAND et al., General Partners Transacting Business under the Name of PLASTICS DESIGN GUILD, Appellants.— For the reasons set forth in the opinion in the case of *Elsfelder* v. *Cournand* (270 App. Div. 162, decided herewith) the order is reversed, with $20 costs and disbursements to the appellants and the motion for summary judgment granted, with leave to plaintiff to serve an amended complaint within ten days after service of order with notice of entry thereof, on payment of said costs. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.; Wasservogel, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS KATZ, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [657 Madison Ave., Borough of Manhattan.] — Order unanimously modified by fixing the assessed valuation of the property for the year 1944–45 at $400,000 and, as so modified, affirmed, with $20 costs and disbursements to appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LINCOLN, INC., Respondent-Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [700 Eighth Ave., Borough of Manhattan.] — Final order unanimously modified so as to provide for the fixing of the assessed valuations for the year 1941–42 as follows: Land $880,000, building $2,520,000; total $3,400,000, and as so modified, affirmed, with $20 costs and disbursements to the relator. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED L. ROSE et al., Respondents, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [Block bounded by Broadway, W. 67th St., Columbus Ave., and W. 68th St., Borough of Manhattan.] — Order unanimously modified by fixing the assessed valuation of the property for the year 1944–45 as follows: